UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED BUILDING & FABRICATION, INC., a California Corporation; ROBERT HONAN, an individual,<br><br>            Plaintiffs,<br><br>    v.<br><br>CALIFORNIA HIGHWAY PATROL; JOHN WILSON, an individual; CURTIS J. AYERS an individual; and DOES 1 to 20, inclusive,<br><br>            Defendants. | 2:13-cv-02380-GEB-CKD<br><br>ORDER GRANTING STAY |

On February, 6, 2014, the parties filed a stipulation and joint motion for a stay. The parties fail to state the duration of the stay they seek, but indicate this action should be stayed until the following criminal case against Plaintiff is resolved: People of the State of California v. Robert Honan, Case No. CM038622, pending in the Superior Court of California, located in Butte County. This portion of the stay motion is granted.   However, to the extent that a different stay is

1

requested, it is denied. Further, the Status (Pretrial Scheduling) Conference scheduled for hearing on March 3, 2014 is continued to July 7, 2014, commencing at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference. In addition, the pending dismissal motion scheduled for hearing on February 24, 2014 is deemed withdrawn in light of the ruling on the stay motion.

Dated:  February 10, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge