1

2

3                    UNITED STATES DISTRICT COURT

4                   EASTERN DISTRICT OF CALIFORNIA

5

6   ADVANCED BUILDING &              No.  2:13-cv-02380-GEB-CKD
    FABRICATION, INC., a
7   California Corporation; and
    ROBERT HONAN, an individual,
8                                    **ORDER CONTINUING STAY AND STATUS**
              Plaintiff,             **(PRETRIAL SCHEDULING) CONFERENCE**
9
         v.
10
    CALIFORNIA HIGHWAY PATROL;
11  JOHN WILSON, an individual;
    CURTIS J. AYERS an
12  individual; and DOES 1 to 20,
    inclusive,
13
              Defendants.
14

15            Since the parties state in the August 4, 2014 Joint

16  Status Report that the following criminal case against Plaintiff

17  has not yet resolved, the stay of this action is continued:

18  People of the State of Cal. v. Robert Honan, Case No. CM038622,

19  pending in the Superior Court of California, Butte County.

20            The Status (Pretrial Scheduling) Conference scheduled

21  for August 18, 2014, is continued until October 27, 2014. A joint

22  status report shall be filed no later than fourteen (14) days

23  prior to the Status Conference.

24            IT IS SO ORDERED.

25  Dated:  August 6, 2014

26

27  _____

28  GARLAND E. BURRELL, JR.
    Senior United States District Judge

                               1