UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED BUILDING & FABRICATION, INC., a California Corporation; and ROBERT HONAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL; JOHN WILSON, an individual; CURTIS J. AYERS an individual; and DOES 1 to 20, inclusive,<br><br>Defendants. | No.  2:13-cv-02380-GEB-CKD<br><br>**ORDER CONTINUING STAY AND STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

Since the parties state in the October 10, 2014 Joint Status Report that the following criminal case against Plaintiff Robert Honan has not yet resolved, the stay of this action is continued: <u>People of the State of Cal. v. Robert Honan</u>, Case No. CM038622, pending in the Superior Court of California, Butte County.

The Status (Pretrial Scheduling) Conference scheduled for October 27, 2014, is continued until April 20, 2015. A joint status report shall be filed no later than fourteen (14) days

1

1  prior to the Status Conference.
2            IT IS SO ORDERED.
3  Dated:  October 16, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge