UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED BUILDING & FABRICATION, INC., a California Corporation; and ROBERT HONAN, an individual,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CALIFORNIA HIGHWAY PATROL; JOHN WILSON, an individual; CURTIS J. AYERS an individual; and DOES 1 to 20, inclusive,<br><br>　　　　　Defendants. | No.　2:13-cv-02380-GEB-CKD<br><br>**ORDER LIFTING STAY AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

　　　This order lifts the stay previously entered in this action since the parties explain as follows in the Joint Status Report filed on April 2, 2015:

> The purpose of this Joint Status Report is to inform the Court regarding the related pending criminal case against Robert Lee Honan entitled, People v. Honan, Butte Co. Superior Court Case No. CMO 38622. The status of that case is as follows:
>
> 1.　People v. Honan stems from an alleged push and shove incident at Honan's place of business on May 7, 2012 between Honan and Curtis J. Ayers ("Ayers").
>
> 2.　In May 14, 2013, the People filed a criminal complaint against Honan alleging six felonies and one misdemeanor. The People later filed a First Amended Information, adding two more felony counts.

1

>   3. All of the charges against Honan have now been dismissed. There are no pending charges against Honan. In light of the resolution of the criminal complaint against Plaintiff Honan, which was the basis of the stay of this litigation, Plaintiffs and Defendants jointly request that the stay imposed under the October 17, 2014 Order of the Court (ECF No. 20), be lifted. Within forty-five days of an order lifting the stay, Defendants will refile their motion to dismiss previously deemed withdrawn because of the stipulated stay, as set forth in the February 11, 2014 Order of the Court (ECF No. 9.)

(JSR 1:26-2:15.)

Further, the Status (Pretrial Scheduling) Conference scheduled for hearing on April 20, 2015, is continued to June 8, 2015, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which the parties shall address all pertinent subjects set forth in Local Rule 240.

IT IS SO ORDERED.

Dated: April 14, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2