1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10   ADVANCED BUILDING &              No. 2:13-CV-02380-GEB-CKD
     FABRICATION, INC. a
11   California corporation;
     ROBERT HONAN, an individual,
12                                    **ORDER**
                  Plaintiffs,
13
          v.
14
     CALIFORNIA HIGHWAY PATROL,
15   JOHN WILSON, an individual,
     CRUTIS J. AYERS, an
16   individual, and DOES 1 to 20,
     inclusive,
17
                  Defendants.
18

19

20             Pursuant to the parties' Stipulation Re Filing of

21   Second Amended Complaint filed on June 10, 2015, Plaintiffs have

22   five (5) days leave from the date on which this Order is filed to

23   file the Second Amended Complaint, in the form previously filed

24   on June 4, 2015.

25             Further, in light of the parties' agreement that the

26   dismissal motion scheduled for hearing on June 29, 2015 will be

27   "mooted by the filing of the Second Amended Complaint," and

28   "joint[] request that the Motion be placed off calendar," that

                                   1

1   dismissal motion, (ECF No. 27), is deemed withdrawn, and the

2   hearing on said motion scheduled for June 29, 2015, is vacated.

3   Dated:   June 11, 2015

4

5   _____

6   GARLAND E. BURRELL, JR.
    Senior United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28