UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED BUILDING & FABRICATION, INC., a California corporation; ROBERT HONAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, John Wilson, an individual, Curtis J. Ayers, an individual, and DOES 1 to 20, inclusive,<br><br>Defendants. | No.  2:13-cv-02380-GEB-CKD<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

The parties' October 12, 2015 Joint Status Report does not provide sufficient information to enable the Court to determine whether this case is ready to be scheduled. Therefore, the Status Conference scheduled for hearing on October 26, 2015, is continued to November 23, 2015, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which the parties shall address all pertinent subjects set forth in Local Rule 240 and paragraph six of the November 18, 2013 Order Setting Status

1

1 | Conference. (See Order 2-3, 3 n.4, ECF No. 3.) The parties are
2 | notified that the further joint status report must be complete in
3 | itself; it may not reference a prior status report for additional
4 | information.
5 |         IT IS SO ORDERED.
6 | Dated: October 20, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2