1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  PETER A. MESHOT, State Bar No. 117061
   Supervising Deputy Attorney General
3  OLIVER R. LEWIS, State Bar No. 133557
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 324-5495
6   Fax:  (916) 322-8288
    E-mail:  Oliver.Lewis@doj.ca.gov
7  *Attorneys for Defendants*
   *California Highway Patrol, Officer*
8  *John Wilson, and Curtis Ayers*

9                        IN THE UNITED STATES DISTRICT COURT

10                       FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| **ADVANCED BUILDING & FABRICATION, INC.**, a California Corporation, **ROBERT HONAN**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA HIGHWAY PATROL**, **John Wilson**, an individual, **Curtis J. Ayers**, an individual, and DOES 1 to 20, inclusive,<br><br>Defendants. | 2:13-cv-02380-MCE-CKD<br><br>**JOINT STIPULATION REGARDING MODIFICATION OF PRETRIAL SCHEDULING ORDER [DOC 42]**<br><br>Trial Date:    None<br><br>Action Filed: September 27, 2013 |

   This case relates to events beginning in May 2012 (including searches of Plaintiffs Robert L. Honan and Advanced Building & Fabrication, Inc., on May 30, 2012) and now-dismissed criminal charges against Mr. Honan.

   Over the last few months, the parties have engaged in significant discovery, including document requests, interrogatories, requests for admissions, third party subpoenas, and multiple depositions. However, because of the large number of witnesses and depositions to be taken, it is

1  proving impractical to schedule all the remaining witnesses before the September 12, 2016
2  discovery cutoff provided by the Court's Pretrial Scheduling Order [DOC 42].
3      On August 11, 2016, counsel for both parties met and conferred by email regarding
4  extending some of the dates outlined in the Scheduling Order.  Both parties are in the process of
5  discussing and noticing dates for witness depositions.  Both parties are working cooperatively on
6  discovery and hope to avoid discovery disputes.  There is currently no assigned trial date.
7      Because of the parties' conflicting schedules and the extensive number of witnesses who
8  have to be deposed in this case, as well as the voluminous amount of discovery that still needs to
9  be completed, the parties respectfully request that the Court approve the following date
10  modifications set forth below.  The parties seek to compress the schedule, rather than extending
11  all deadlines set by the Court, so that there is no impact to the timeline for disposition of the case,
12  including the trial date still to be set:

|  |  |  |
|---|---|---|
| Non-expert Discovery Cutoff | September 12, 2016 | November 14, 2016 |
| Initial Expert Disclosures | November 14, 2016 | December 14, 2016 |
| Supplemental Expert Disclosures | December 14, 2016 | January 12, 2017 |
| Last Day to Hear Dispositive Motions | March 9, 2017 | No Change |

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

FOR GOOD CAUSE SHOWN, the parties hereby stipulate that, with the Court's permission, the Court's Pretrial Scheduling Order be modified to reflect the three new deadlines set forth above.

Dated: August 12, 2016

Respectfully submitted,

NOSSAMAN LLP

*"/s/ Brendan Macaulay"*

BY:  BRENDAN MACAULAY, ESQ.
Attorney for Plaintiffs Advanced Building &Fabrication, Inc. and Robert Lee Honan

Dated: August 12, 2016

CALIFORNIA ATTORNEY GENERAL'S OFFICE

*"/s/ Oliver R. Lewis"*

BY:  OLIVER R. LEWIS, ESQ.
Attorney for Defendants California Highway Patrol, John Wilson and Curtis Ayers

IT IS SO ORDERED.

Dated: August 22, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE