UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED BUILDING & FABRICATION, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>Defendants. | No. 2:13-cv-02380-MCE-CKD<br><br><br>**ORDER** |

The Court has reviewed and approved the substitution of counsel for all Defendants. Given the need for new counsel to familiarize themselves with the record in this case, all future dates are hereby VACATED.[1]

Not later than thirty (30) days following the date this order is electronically filed, the parties are directed to file a Joint Status Report advising the Court with regard to mutually acceptable extended discovery and dispositive motion deadlines.[2]

IT IS SO ORDERED.

DATED: November 7, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Although Plaintiffs filed an Opposition, they agree that an extension of the current deadlines is necessary. ECF No. 56 at 1.

[2] Defendants' Motion to Stay is DENIED as moot. ECF Nos. 49, 53.

1