UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED BUILDING & FABRICATION, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>Defendants. | No. 2:13-cv-2380-MCE-CKD<br><br><br>ORDER |

On March 23, 2017, the court ordered defendants California Highway Patrol ("CHP") and John Wilson (collectively "defendants") to submit John Wilson's CHP personnel file, both in redacted and un-redacted form, for in camera review to assist the court in determining whether it should order all or portions of that file produced in response to plaintiffs' Request for Production numbers 9 and 27.  ECF No. 81.  Defendants timely submitted copies of the personnel file in compliance with the court's order.  Upon review of the submitted copies of the personnel file and the applicable legal standards,[1] and good cause appearing therefor, THE COURT ORDERS AS

---

[1] In particular, the court has reviewed the personnel file under the standards applicable to defendants' claim of the official information privilege.  See Kerr v. United States Dist. Ct. for N.D. Cal., 511 F.2d 192, 198 (9th Cir. 1975), aff'd, 426 U.S. 394 (1976); Soto v. City of Concord, 162 F.R.D. 603, 613 (N.D. Cal. 1995) (citing Sanchez v. City of Santa Ana, 936 F.2d 1027, 1033-34 (9th Cir. 1990), cert. denied, 502 U.S. 957 (1991)).

FOLLOWS:

1. Defendants shall produce the documents identified by the following series of Bates-stamp numbers in the redacted copy of John Wilson's CHP personnel file they submitted for in camera review: 000042-000127, 000131, 000140-000144, 000164-000172, and 000214-000323.  Defendants may maintain any proposed redactions to such documents.  Defendants shall produce such documents by no later than April 4, 2017.

2. Defendants are not required to produce any documents contained in John Wilson's CHP personnel file beyond those specifically identified in this order.

Dated:  March 30, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

11 AdvancedBuilding2380.incamera