UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED BUILDING & FABRICATION, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>Defendants. | No. 2:13-cv-2380 MCE CKD PS<br><br><br>ORDER |

Counsel for defendant Ayers requested an informal discovery conference before the undersigned. The specific relief sought pertains to further fact discovery. Defendant contends that further fact discovery is necessary in order to properly educate their retained experts. Under the modified scheduling order, all discovery, with the exception of expert discovery, was to have been completed by April 7, 2017. ECF No. 70. Defendant's request is therefore untimely. Any request to further modify the scheduling order must be made to the District Judge assigned to this action.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that the court declines to hold an informal discovery conference at this time.

Dated: April 20, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 abf2380.idc