MICHAEL VON LOEWENFELDT (178665)
DANIEL J. VEROFF (291492)
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105–1727
Telephone: (415) 371-8500
Fax: (415) 371-0500
Email: mvl@kerrwagstaffe.com
Email: veroff@kerrwagstaffe.com

Attorneys for Defendant
CURTIS AYERS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED BUILDING & FABRICATION, INC., a California Corporation, ROBERT HONAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, JOHN WILSON, an individual, CURTIS J. AYERS, an individual, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 2:13-cv-02380-MCE-CKD<br><br>**ORDER GRANTING DEFENDANTS REQUEST TO SEAL DOCUMENTS**<br><br>JUDGE: Hon. Morrison C. England, Jr.<br><br>TRIAL: [None] |

Presently before the Court is Defendant's Request to Seal pursuant to the notice filed at ECF No. 90.

///
///
///
///
///
///
///

---

Case No. 2:13-cv-02380-MCE-CKD  1  ORDER

Good cause having been shown, it is hereby ordered that unredacted versions of Exhibits D and E to the Declaration of Daniel J. Veroff filed in support of Defendants' Motion to Modify the Amended Pre-Trial Scheduling Order shall be filed under seal, as they contain the day and month of Plaintiff Robert Honan's birth.

IT IS SO ORDERED.

Dated: May 3, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE