UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED BUILDING & FABRICATION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA HIGHWAY PATROL, et al., <br><br> Defendants. | No. 2:13-cv-02380-MCE-CKD <br><br><br> **ORDER** |

Presently before the Court is Defendant's Motion to Modify Amended Pretrial Scheduling Order (ECF No. 89). That Motion is DENIED without prejudice for failure to articulate the request with reference to the appropriate standard under Federal Rule of Civil Procedure 16(b).[1]

IT IS SO ORDERED.

Dated: May 31, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument would not have been of material assistance, the Court ordered this matter submitted on the briefs. See E.D. Cal. Local R. 230(g).