1 MICHAEL VON LOEWENFELDT (178665)
DANIEL J. VEROFF (291492)
2 **KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
3 San Francisco, CA 94105–1727
Telephone: (415) 371-8500
4 Fax: (415) 371-0500
Email: mvl@kerrwagstaffe.com
5 Email: veroff@kerrwagstaffe.com

6 Attorneys for Defendant
CURTIS AYERS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADVANCED BUILDING & FABRICATION, INC., a California Corporation, ROBERT HONAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, JOHN WILSON, an individual, CURTIS J. AYERS, an individual, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 2:13-cv-02380-MCE-CKD<br><br>**ORDER GRANTING DEFENDANTS REQUEST TO SEAL DOCUMENTS**<br><br>JUDGE: Hon. Morrison C. England, Jr.<br><br>TRIAL: [None] |

# ORDER

Upon the Request of Defendant Curtis Ayers and the papers filed in support thereof, with good cause shown, the COURT finds that the unredacted versions of Exhibits B (103-5), D (103-7) and G (103-10) to the Declaration of Daniel J. Veroff filed in support of Mr. Ayers' Motion for Summary Judgment should be filed under seal, as they contain (1) Plaintiff Robert Honan's date of birth; (2) Mr. Honan's driver's license number; and (3) the home addresses of third parties. Not later than five (5) days following the date this order is electronically filed, Defendant shall file redacted versions of these exhibits.

IT IS SO ORDERED.

Dated: June 9, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE