JAMES J. McGARRY 92856
WILLIAM LEAMON CUMMINGS 123037
McGARRY & LAUFENBERG
615 Nash Street, Suite 305
El Segundo, California 90245

(310) 606-8675

Attorneys for Defendants, JOHN WILSON and DEPARTMENT OF THE CALIFORNIA HIGHWAY PATROL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED BUILDING & FABRICATION, INC., a California Corporation, ROBERT HONAN, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA HIGHWAY PATROL, JOHN WILSON, an individual, CURTIS J. AYERS, an individual, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 2:13-cv-02380-MCE-CKD<br><br>Action Filed: 2/27/13<br><br>Hon. Morrison C. England, Jr.<br>Courtroom: No. 7<br>14th Floor, 501 I Street<br>Sacramento, CA 95814<br><br>(Proposed) ORDER ON REQUEST TO SEAL ECF 94-1 AND ECF 94-2 FILED MAY 8, 2017<br><br>Date: July 13, 2017<br>Time: 2:00 p.m.<br>Place: Courtroom 7 |

Upon the request of defendants John Wilson and the California Highway Patrol and the papers filed in support thereof, with good cause appearing, the Court finds that the unredacted versions of the Declarations of William Leamon Cummings and John Wilson, with attached exhibits, filed May 8, 2017, as documents ECF 94-1 and 94-2,

1 – Notice of Request to Seal ECF 94-1 and 94-2

1. should be filed under seal, as the contain the plaintiff Robert Honan's
2. unredacted birthdate, required to be redacted under Local Rule 140(a).

IT IS SO ORDERED.

Dated: June 9, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE