Michael von Loewenfeldt (178665)
Daniel J. Veroff (291492)
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105–1727
Telephone: (415) 371-8500
Fax: (415) 371-0500
Email: mvl@kerrwagstaffe.com
Email: veroff@kerrwagstaffe.com

Attorneys for Defendant
CURTIS AYERS

James J. McGarry (92856)
**McGARRY & LAUFENBERG**
615 Nash Street, Ste. 305
El Segundo, CA 90245
Telephone: (310) 606-8675
Fax: (310) 606-8695
Email: jamesjmcgarry@mcgarrylaufenberg.com

Attorneys for Defendants
JOHN WILSON and
CALIFORNIA HIGHWAY PATROL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED BUILDING & FABRICATION, INC., a California Corporation, ROBERT HONAN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA HIGHWAY PATROL, JOHN WILSON, an individual, CURTIS J. AYERS, an individual, and DOES 1 to 20, inclusive, <br><br> Defendants. | Case No. 2:13-cv-02380-MCE-CKD <br><br> **ORDER GRANTING DEFENDANTS REQUEST TO SEAL DOCUMENTS** <br><br> JUDGE: Hon. Morrison C. England, Jr. <br><br> TRIAL: [None] |

# ORDER

Upon the Request of Defendant Curtis Ayers and the papers filed in support thereof, with good cause shown, the court finds that the unredacted version of Defendants' Notice of Renewed Motion and Motion to Modify the Amended Pre-Trial Scheduling Order shall be filed under seal.

IT IS SO ORDERED.

DATED: JUNE 16, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE