1  MICHAEL VON LOEWENFELDT (178665)
   DANIEL J. VEROFF (291492)
2  **KERR & WAGSTAFFE LLP**
   101 Mission Street, 18th Floor
3  San Francisco, CA 94105–1727
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500
   Email: mvl@kerrwagstaffe.com
5  Email: veroff@kerrwagstaffe.com

6  Attorneys for Defendant
   CURTIS AYERS

7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  ADVANCED BUILDING & FABRICATION,          Case No. 2:13-cv-02380-MCE-CKD
    INC., a California Corporation, ROBERT
12  HONAN, an individual,
                                              **ORDER GRANTING MOTION TO**
13              Plaintiffs,                    **STAY ALL PROCEEDINGS IN THIS**
                                              **ACTION PENDING APPEAL**
14      v.

15  CALIFORNIA HIGHWAY PATROL, JOHN           Date:  September 7, 2017
    WILSON, an individual, CURTIS J. AYERS,   Time: 2:00 p.m.
16  an individual, and DOES 1 to 20, inclusive, Courtroom: 7
                                              Judge: Hon. Morrison C. England, Jr.
17
                Defendants.
18

19

20          Upon the Request of Defendant Curtis Ayers and the papers filed in support thereof, the

21  Court hereby finds that there is good cause to stay all further proceedings in this matter pending

22  the determination of Defendant Ayers' appeal of this Court's order denying his Motion for

23  Summary Judgment.  (ECF Nos. 140-141).

24          Defendant Ayers' appeal of this Court's denial of Summary Judgment with respect to the

25  second, third, fourth, fifth, sixth, seventh and eighth causes of action on the basis that he is not

26  entitled to qualified and/or absolute immunity automatically stays all further proceedings on

27  those causes of action as to him.  See Mitchell v. Forsyth, 472 U.S. 511, 525-530 (1985); Pauluk v.

28  Savage, 836 F.3d 1117, 1120-21 (9th Cir. 2016); Mattos v. Agarano, 661 F.3d 433, 439 (9th Cir.

KERR
&
WAGSTAFFE

2011) (en banc); Karl v. City of Mountlake Terrace, 678 F.3d 1062, 1067-68 (9th Cir. 2012). The Court finds there is good cause to stay the remaining proceedings because the risk of irreparable harm outweighs any potential prejudice to the Plaintiffs or the remaining defendants California Highway Patrol and John Wilson as well.

After the automatic stay, the remaining claims include two causes of action against Defendant Ayers for conversion and trespass to personal property which arise out of the same set of facts, as well as all other causes of action mentioned above, which Plaintiffs also assert against the remaining defendants and which arise out of the same set of facts as to all defendants. Plaintiffs also allege an additional cause of action for false imprisonment against only the remaining defendants but which also arises out of the same set of facts as the other claims. The Court finds that continuing this case and proceeding to trial during the pendency of Defendant Ayers appeal would cause irreparable harm to all parties. The alleged liability of the remaining defendants on all remaining causes of action is so intertwined with the allegations against Defendant Ayers that a trial against the remaining defendants on these claims would either amount to a trial against Defendant Ayers in which he cannot defend himself, or would require the trial to proceed in a limited fashion in an attempt to avoid any such prejudice which would in turn prejudice the remaining defendants and Plaintiffs. This harm would be irreparable. It also would further prejudice Defendant Ayers and Plaintiffs to have to appear for trial on the claims against him that are not stayed subject to the pending appeal, and then to appear for a second trial on the rest if his appeal is denied. This likelihood for prejudice and irreparable harm outweighs any countervailing factors. Accordingly, Defendant Ayers' Motion to Stay is GRANTED, and all proceedings are hereby stayed pending the outcome of his appeal (ECF No. 141). The September 7, 2017, hearing is VACATED.

IT IS SO ORDERED.

DATED: AUGUST 21, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE