MICHAEL VON LOEWENFELDT (178665)
mvl@wvbrlaw.com
FRANK BUSCH (258288)
busch@wvbrlaw.com
**WAGSTAFFE, VON LOEWENFELDT,
BUSCH & RADWICK LLP**
100 Pine Street, Suite 725
San Francisco, CA 94111
Telephone: (415) 357-8900
Fax: (415) 357-8910

Attorneys for Defendant
CURTIS AYERS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED BUILDING & FABRICATION, INC., a California Corporation, ROBERT HONAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, JOHN WILSON, an individual, CURTIS J. AYERS, an individual, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. 2:13-cv-02380-MCE-CKD<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL OF ACTION AGAINST AYERS AND PAYMENT**<br><br>JUDGE: Hon. Morrison C. England, Jr.<br><br>TRIAL: [None] |

# JOINT STIPULATION AND ORDER

Plaintiffs ROBERT HONAN and ADVANCED BUILDING & FABRICATION, INC. (collectively "Plaintiffs"), and Defendant CURTIS AYERS (collectively the "Parties hereto") have reached a settlement of the claims against Mr. Ayers. The settlement shall be paid by non-party the California Department of Tax and Fee Administration ("CDTFA").

The Parties and CDTFA hereto therefore stipulate as follows:

1. The Court shall order non-party California Department of Tax and Fee Administration ("CDTFA") to pay Plaintiffs, as part of the settlement of this matter and on behalf of Defendant Ayers, four hundred thousand dollars ($400,000.00) as provided by the settlement agreement entered into between the Parties and CDTFA. A true and correct copy of that settlement agreement is attached hereto as Exhibit A. CDTFA has joined this stipulation, as reflected by its authorized signature below, and requires an order from the court for payment to issue. Nothing in this stipulation is nor shall be construed as an admission of liability by any of the Parties or CDTFA.

2. CDTFA shall forthwith pay to Plaintiffs the sum of $400,000.00, which shall be paid by a check or warrant and delivered by mail addressed as follows:

> Robert Honan
> Owner, Advanced Building & Metal Fabrication, Inc.
> 2810 California State Hwy. 32
> Chico, CA  95973

3. Within five (5) court days of receipt of the $400,000 settlement amount, Plaintiffs shall, pursuant to Federal Rule of Civil Procedure 41(a), dismiss all claims against Defendant Ayers with prejudice. The dismissal does not affect the claims against the other defendants currently named in this action.

4. The Parties hereto shall bear their own attorneys' fees and costs with respect to the dismissed claims.

5. This stipulation shall become effective upon entry of this Court's order thereon.

- 1 -
STIP & ORDER RE DISMISSAL AND PAYMENT

6. Notwithstanding dismissal of Defendant Ayers, with prejudice, this Court should retain jurisdiction over the dismissed claims to enforce the terms of the Parties' and CDTFA's settlement agreement.

Dated: _____, 2019 **WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**

By: _____
MICHAEL VON LOEWENFELDT

Attorneys for Defendant
CURTIS AYERS

Dated: _____, 2019 **ESTES LAW GROUP**

By: _____
POLLY ESTES

Attorneys for Plaintiff
ROBERT HONAN AND ADVANCED BUILDING & FABRICATION, INC.

Dated: _____, 2019 **CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION**

By: _____
NICOLAS MADUROS, Director

IT IS SO ORDERED.

Dated: August 6, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE