# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED BUILDING & FABRICATION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA HIGHWAY PATROL, et al., <br><br> Defendants. | No. 2:13-cv-02380-MCE-CKD <br><br> **ORDER** |

Defendants' unopposed Motion to Dismiss Curtis Ayers with prejudice is GRANTED, with each party to bear its own costs.[1] This partial dismissal shall not affect the claims Plaintiffs have against the remaining Defendants.

IT IS SO ORDERED.

DATED: November 13, 2019

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Having determined that oral argument would not be of material assistance, the Court ordered this matter submitted on the briefing in accordance with E.D. Local Rule 230(g).

1