1  Dean Gazzo Roistacher, LLP
   Lee H. Roistacher, Esq. (SBN 179619)
2  Joseph M. Radochonski, Esq. (SBN 321119)
   440 Stevens Avenue, Suite 100
3  Solana Beach, CA  92075
   Telephone:  (858) 380-4683
4  Facsimile:  (858) 492-0486
   E-mail: lroistacher@deangazzo.com
5          jradochonski@deangazzo.com

6  Attorneys for Defendant
   California Highway Patrol

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  ADVANCED BUILDING & FABRICATION, INC., a California corporation; ROBERT HONAN, an individual, | Case No.:  2:13-cv-02380 MCE CKD |
| 11 | **ORDER GRANTING EX PARTE MOTION OF DEFENDANT CALIFORNIA HIGHWAY PATROL TO AMEND THE AUGUST 27, 2020 SUPPLEMENTAL PRETRIAL SCHEDULING ORDER** |
| 12              Plaintiffs, | |
| 13              v. | |
| 14  CALIFORNIA HIGHWAY PATROL, John Wilson, an individual; CURTIS J. AYERS, an individual, and DOES 1 to 20, inclusive, | Ex Parte Hearing Date: |
| 15 | Time: |
| 16 | Place: Courtroom 7, 14th Floor |
| 17              Defendants. | District Judge Morrison C. England, Jr. Magistrate Judge Carolyn K. Delaney |

18

19       Given the nature of the COVID-19 pandemic that has necessitated the

20  suspension of trials in this district over the last year, this Court has no choice but

21  to VACATE the July 19, 2021, trial date in this matter.  Once trials may

22  commence, priority will be given to criminal cases where the defendants are in

23  custody.

24  ///

25  ///

26  ///

27  ///

28  ///

                                   1

1    Once those defendants are afforded their speedy trial rights, the trial in this

2  case will be re-set.  The Ex Parte Application (ECF No. 188) filed by Defendant

3  California Highway Patrol is DENIED as moot.

4    IT IS SO ORDERED.

5

6  Dated:  March 3, 2021

7

8  MORRISON C. ENGLAND, JR.
   SENIOR UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28