UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED BUIDING & FABRICATION, INC., a California corporation, et al., | No.  2:13-cv-02380-MCE-CKD |
| Plaintiffs, | **ORDER** |
| v. | |
| CALIFORNIA HIGHWAY PATROL, et al., | |
| Defendants. | |

Presently before the Court is Defendants' Motion to Stay this case pending resolution by the California Supreme Court of the appeal in <u>Leon v. Cty. of Riverside</u>, 64 Cal. App. 5th 837, 846 (2021), review granted (S269672).  Having reviewed the record in this case in its entirety and all relevant authorities, the Court concludes that no stay is warranted.  Defendants' Motion (ECF No. 206) is DENIED.

IT IS SO ORDERED.

Dated:  August 29, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1